**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO:  8: 96-cr-201-T-26TGW


THOMAS E. LEE, JR.
_____/


# O R D E R

The Court has this day entered an order pursuant to 18 U.S.C. § 3582(c)(2) initiating the

process for determining whether Defendant is eligible and suitable for a reduction in his base

offense level based on the retroactive application of Amendment 706.  In that order, the Court

appointed the Office of the Federal Public Defender to represent Defendant and directed the

Clerk to forward a copy of the order to Defendant.  Accordingly, Defendant's Motion for

Modification of Sentence (Dkt. 22) is denied without prejudice as moot.

**DONE AND ORDERED** at Tampa, Florida, on February 5, 2008.



s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record
Any *pro se* party